UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:20-cr-0060-MMD-CLB |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO WASHOE COUNTY MEDICAL EXAMINER TO RELEASE THIRD PARTY RECORDS** |
| MICHAEL JOSHUA BURCIAGA, | |
| Defendant. | |

Based upon the parties' foregoing motion and the representations and bases set forth therein, the Court hereby ORDERS that the Washoe County Medical Examiner's Office provide medical records in their possession related to Autopsy #20-05540A, medical records of A.D. that were obtained from third-party providers, to the United States Attorney's Office for the District of Nevada.

DATED this __7th__ day of April, 2023.

_____
THE HONORABLE MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE
DISTRICT OF NEVADA