RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
200 S. Virginia Street, Ste. 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
chris_frey@fd.org

Attorney for MICHAEL BURCIAGA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL BURCIAGA,<br><br>        Defendant. | Case No.  3:20-cr-00060-MMD-CLB<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Rene L Valladares, Federal Public Defender, and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for MICHAEL BURCIAGA, Jason M. Frierson, United States Attorney, and PENELOPE BRADY, Assistant United States Attorney, counsel for the United States of America, that the deadline to file any and all pretrial motions and notices of defense be extended from April 11, 2023, to **April 18, 2023**.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including **May 2, 2023**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and **May 9, 2023**, to file any and all replies to dispositive motions.

This is the first stipulation to continue the motions deadlines. Counsel is requesting additional time to file pretrial motions mindful of the current trial date of June 8, 2023, at 9:00 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 7th day April, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Christopher P. Frey*<br>By:_____<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for Joshua Michael Burciaga | */s/ Penelope Brady*<br>By:_____<br>PENELOPE BRADY<br>Assistant United States Attorney<br>Counsel for United States |

**IT IS SO ORDERED.**

**DATED** this ___7th___ day of April, 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE